# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Chaney, | No. CV-19-00888-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Union High School District Governing Board, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation and Agreement for Plaintiff to File First Amended Complaint" (Doc. 20). The stipulation will be denied as moot. Plaintiff need not seek leave of the Court before filing an amendment with the opposing party's written consent. LRCiv 15.1(b). Plaintiff is directed to follow the procedure outlined in LRCiv 15.1(b), which requires Plaintiff to file his amended complaint, and then separately file a notice of filing, attaching a redlined copy of the amended complaint and certifying that the opposing party gave written consent for the amendment.

Accordingly,

**IT IS ORDERED** that the parties' "Stipulation and Agreement for Plaintiff to File First Amended Complaint" (Doc. 20) is denied as moot.

Dated this 6th day of June, 2019.

Dominic W. Lanza
United States District Judge