**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Chaney, | No. CV-19-00888-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Union High School District Governing Board, et al., | |
| Defendants. | |

Pending before the Court is the Amended Motion to Dismiss Counts I and II of Plaintiff's Complaint by Defendants Phoenix Union High School District, Dr. Chad Gestson, Laura Telles, Brian Guliford, and Carlos Varela (Doc. 7.) Plaintiff has filed an amended complaint (Doc. 22), and therefore the motion to dismiss the original complaint is moot. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) ("[T]he amended complaint supersedes the original, the latter being treated thereafter as non-existent."); *A.R.D. v. Kerry*, 2014 WL 12617410, *1 (D. Ariz. 2014) (denying motion to dismiss as moot after superseding amended complaint was filed).

Accordingly,

**IT IS ORDERED** that the Amended Motion to Dismiss Counts I and II of Plaintiff's Complaint (Doc. 7) is denied as moot.

Dated this 7th day of June, 2019.

Dominic W. Lanza
United States District Judge